Decided December 6, 2006

STATE OF CONNECTICUT *v.* GREGORY R. LINDSEY

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 250 (AC 26633), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Steven A. Tomeo*, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided December 6, 2006

DAMON FALCON *v.* COMMISSIONER OF CORRECTION

The petitioner Damon Falcon's petition for certification for appeal from the Appellate Court, 98 Conn. App. 356 (AC 26906), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Gerard P. Eisenman*, senior assistant state's attorney, in opposition.

Decided December 6, 2006